# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERICA NICHOLS,** | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 14-2172 |
| **CAROLYN W. COLVIN,** | : |
| Acting Commissioner of the | : |
| Social Security Administration, | : |
| Defendant. | : |

## O R D E R

**AND NOW**, this 14th day of May, 2015, upon consideration of the plaintiff's request for review, the defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 14), **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. The Plaintiff's request for review is **DENIED**; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] No objections to the Report and Recommendation were filed.